IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) No. 1:20CR224-2
)
)

## WAIVER OF DETENTION HEARING

Defendant _Emily Nichols_ has been informed by counsel of the nature of the Indictment now pending against him, and has been advised of her right to a detention hearing before a United States Magistrate Judge. After considering the evidence and the likely result of such hearing, Defendant waives her right to said hearing and agrees to be held without bond, but reserves the right to request a detention hearing in the future.

_____
Attorney for the Defendant

Date: July 6th, 2020