FILED
in the Middle District of
North Carolina
**July 6, 2020**
**7:29 pm**
Clerk, US District Court
By: \_\_\_\_kg\_\_\_\_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 1:20CR224-2 |
| EMILY NICOLE DUBREE | ) |

## ORDER OF DETENTION

This matter is before the Court on Defendant's Waiver of the detention hearing. The Court has reviewed and accepts Defendant's Waiver.

IT IS THEREFORE ORDERED that Defendant's Waiver of Detention Hearing is ACCEPTED, the detention hearing is CANCELLED, the Government's oral motion for detention is GRANTED, and Defendant is DETAINED without privilege of bond.

This, the 6th day of July, 2020.

United States Magistrate Judge